

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00176-CV

GARRY CANTRELL A/K/A GARRY
P. CANTRELL, GARY CANTRELL,
GARRY PHILIP CANTRELL, AND
GARRY CANTRELL, ESQ., D/B/A
CANTRELL LAW FIRM, AND
CANTRELL LAW FIRM IOLTA

APPELLANTS

V.

LAWSUIT FINANCIAL CORP.

APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY
TRIAL COURT NO. 2012-005630-3

----------

## MEMORANDUM OPINION[1]

----------

Appellants Garry Cantrell a/k/a Garry P. Cantrell, Gary Cantrell, Garry

Philip Cantrell, and Garry Cantrell, Esq., d/b/a Cantrell Law Firm, and Cantrell

---

[1]*See* Tex. R. App. P. 47.4.

Law Firm IOLTA electronically filed their notice of appeal on June 4, 2014 from a judgment signed March 21, 2014. Although appellants electronically filed a motion for new trial on April 22, 2014, that motion did not extend the filing deadline for the notice of appeal because it was filed one day late. *See* Tex. R. App. P. 26.1(a)(1); Tex. R. Civ. P. 329b(a); *Brooks v. Wal-Mart Stores, Inc.*, No. 11-13-00256-CV, 2013 WL 5521829, at *1 (Tex. App.—Eastland Sept. 26, 2013, no pet.) (mem. op.).

Accordingly, the notice of appeal filed on June 4, 2014 was untimely. *See* Tex. R. App. P. 26.1. Although we notified appellants of the late filing and gave them an opportunity to explain why the notice of appeal was untimely, they have not provided an explanation for the late filing. We therefore dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.1(a), 26.1, 42.3(a), 43.2(f); *Chilkewitz v. Winter*, 25 S.W.3d 382, 382–83 (Tex. App.—Fort Worth 2000, no pet.).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  July 10, 2014